IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAJ TRUST, ACCOMODATION PARTY FOR PAUL P. JOLIVETTE, AND ALICE CALALO,

    Plaintiff,

    v.

THE PEOPLE OF THE STATE OF CALIFORNIA,

    Defendant.

No. C 13-80216 CRB

**ORDER DISMISSING REGISTRATION OF FOREIGN JUDGMENT**

Now before the Court is Petitioner's Registration of Foreign Judgment. Pursuant to 28 U.S.C. § 1963 a "judgment in an action for the recovery of money or property entered in any court . . . may be registered by filing a certified copy of the judgment." The "foreign judgment" Petitioner seeks to register was filed in error and is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: October 24, 2013

_____
UNITED STATES DISTRICT JUDGE for
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE