IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAJ TRUST, ACCOMODATION PARTY FOR PAUL P. JOLIVETTE, AND ALICE CALALO,<br><br>Plaintiff,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Defendant. | No. C 13-80216 CRB<br><br>**ORDER DISMISSING REGISTRATION OF FOREIGN JUDGMENT** |

Now before the Court is Petitioner's Registration of Foreign Judgment. Pursuant to 28 U.S.C. § 1963 a "judgment in an action for the recovery of money or property entered in any court . . . may be registered by filing a certified copy of the judgment." The "foreign judgment" Petitioner seeks to register was filed in error and is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: October 24, 2013

UNITED STATES DISTRICT JUDGE for
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE